IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

FERNANDO VILLENA,
    Plaintiff,

vs.                               Case No. 5:12cv288/RS/CJK

SERGEANT AKE, et al.,
    Defendants.

## **REPORT AND RECOMMENDATION**

    This prisoner civil rights case is before the Court upon referral from the Clerk. On September 10, 2012, the Court entered an order (doc. 3) directing plaintiff to submit, within thirty days, an amended civil rights complaint and either the $350.00 filing fee or a motion to proceed *in forma pauperis*. Plaintiff was warned that failure to comply with the order would result in a recommendation that this case be dismissed. To date, plaintiff has not complied with the order, and has not responded to the Court's October 30, 2012 order (doc. 4) requiring plaintiff to show cause why this case should not be dismissed.

    Accordingly, it is respectfully RECOMMENDED:

    1. That this case be DISMISSED WITHOUT PREJUDICE for plaintiff's failure to comply with an order of the court.

2. That the Clerk be directed to close the file.

At Pensacola, Florida this 3rd day of December, 2012.

/s/ *Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**

NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy hereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control</u>. A copy of any objections shall be served upon any other parties. Failure to object may limit the scope of appellate review of factual findings. *Se*e 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).