## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

**FERNANDO VILLENA,**

       **Plaintiff,**

**v.**                                  **CASE NO. 5:12-cv-288-RS-CJK**

**SERGEANT AKE, et al.,**

       **Defendants.**

_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendations (Doc. 6).

**IT IS ORDERED:**

1.    The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2.    Plaintiff's complaint is **DISMISSED without prejudice** for failure to comply with an order of the Court.

3.    The Clerk is directed to close the file.

**ORDERED** on January 3, 2013.

                       /S/ Richard Smoak
                       **RICHARD SMOAK**
                       **UNITED STATES DISTRICT JUDGE**